

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00681-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC**., its successors and assigns,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI14597
Honorable Richard Price, Judge Presiding

## O R D E R

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Luz Elena D. Chapa, Justice

Appellant's Motion for Rehearing is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court